The People of the State of Illinois, Appellee, v. Danny Thompson, Appellant.

Gen. No. 66–33. 

Fifth District.

April 26, 1967.

Theodore Van Winkle, of McLeansboro, for appellant; Frank Bonan, State's Attorney of Hamilton County, of McLeansboro, for appellee. Opinion by PRESIDING JUSTICE MORAN. Not to be published in full.